IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KIM STAVRUM,**

No. 3:21-cv-01761-SB

Plaintiff,

v.

**NW PRECISION CONSTRUCTION LLC,**                OPINION AND ORDER
an Oregon domestic business corporation,

Defendant.

**MOSMAN, J.,**

On October 14, 2022, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R") [ECF 28] recommending that I grant Plaintiff's Motion for Entry of Default Judgment [ECF 11]. No objections were filed. Upon review, I agree with Judge Beckerman. I GRANT the Motion for Entry of Default Judgment.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th

1 – OPINION AND ORDER

Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Beckerman's recommendation, and I ADOPT the F&R [ECF 28] as my own opinion. The Motion for Entry of Default Judgment [ECF 11] is GRANTED. I enter judgment on Stavrum's first claim for relief in the amount of $14,171.54 and enter judgment on Stavrum's second claim for relief in the amount of $200, for a total damages award of $14,371.54. Post-judgment interest shall accrue on all amounts awarded beginning on the first day after entry of judgment at the interest rate set forth at 28 U.S.C. § 1961. Stavrum may file a motion for attorney's fees and costs consistent with Fed. R. Civ. P. 54.

IT IS SO ORDERED.

DATED this __7th__ day of November, 2022.

MICHAEL W. MOSMAN
Senior United States District Judge

2 – OPINION AND ORDER